THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:24-cv-00895-MR-DCK

| | |
|---|---|
| **CHRISTOPHER DAVID MULLINS,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> **MARTIN O'MALLEY,** ) <br> **Commissioner of Social Security,** ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) [Doc. 5].

For the reasons stated in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 5] is **GRANTED**, and this civil action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court's Show Cause Order [Doc. 4] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: November 19, 2024

Martin Reidinger
Chief United States District Judge